ACCEPTED
12-14-00266
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/2/2015 3:42:59 PM
CATHY LUSK
CLERK

## NO. 12-14-00266-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **vs.** | § | **TWELFTH COURT** |
| | § | |
| **RAYMOND SMITH** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/2/2015 3:42:59 PM
CATHY S. LUSK
Clerk

## MOTION FOR A FREE REPORTER'S RECORD ON APPEAL

**TO THE CLERK OF SAID COURT:**

Now comes Raymond Smith, Defendant, by and through undersigned counsel, and respectfully moves that this Court order the preparation of a free reporter's record on appeal pursuant to Rule 20.2 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    Raymond Smith was convicted of Indecency of a Child by Contact in this Court on August 28, 2014.

2.    Raymond Smith gave written notice of appeal from this judgment of conviction on September 10, 2014. At the same time, Raymond Smith designated certain matters to be included in the reporter's record and in the clerk's record.

3.    Under Rule 20 of the Texas Rules of Appellate Procedure, "the court must order the reporter to transcribe the proceedings" if the appellant cannot pay or give security for the appellate record. Indigency "is a matter of the defendant's financial status at the time of appeal, not at the time of trial." Zanghetti v. State, 582 S.W.2d 461 (Tex. Crim. App. 1979). The court reporter has estimated the cost of transcription to be $4,994.20.

4.    Raymond Smith is unable to pay for or give security for the reporter's record in this cause.

5.    Raymond Smith requests an evidentiary hearing at which time proof of inability to pay or give security for this reporter's record can be offered.

**WHEREFORE, PREMISES CONSIDERED,** Raymond Smith prays that this Court grant this Motion For A Free Reporter's Record on Appeal.

Respectfully submitted,
TATUM & TATUM
P.O. Box 582
Lufkin, Tx 75902
Tel: (936) 634-5594
Fax: (936) 639-4480

By: _____
John Henry Tatum
State Bar No. 19673000
Attorney for Raymond Smith

## CERTIFICATE OF SERVICE

This is to certify that on January _2_ , 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Angelina County, by hand delivery.

_____
John Henry Tatum

STATE OF TEXAS  §
§
COUNTY OF ANGELINA  §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared John Henry Tatum, who after being duly sworn stated:

"I am the attorney for the defendant in the above entitled and numbered cause. I have read the foregoing Motion for A Free Reporter's Record On Appeal and swear that all of the allegations of fact contained therein are true and correct."



_____
John Henry Tatum
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on January __2__, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

LAKESTA COLEMAN
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
07-15-2015